IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 15-602-2 |
| RALPH TOMMASO | : | |
| | : | |

# O R D E R

**AND NOW**, this 22nd day of October, 2021, upon review of Defendant's *pro se* Motion for Compassionate Release, and the government's response thereto, as well as Defendant's reply, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release (Docket No. 312) is **DENIED**.

                                                 **BY THE COURT:**

                                                 */s/Jeffrey L. Schmehl*
                                                 Jeffery L. Schmehl, J.